UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Trent LaArthur Davis,

           Petitioner,                      Case No. 1:21-cv-368

v.                                              Honorable Paul L. Maloney

Shane Jackson,

           Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:    May 6, 2021                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge